UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JIMENEZ,

                    Plaintiff(s),

- against -

LASHLEY, et al.,

                    Defendant(s).
----------------------------------------------------------x

**ADJOURNMENT ORDER**

23 Civ. 0628 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a telephonic Status Conference on September 25, 2025 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending resolution of this Court's Order to Show Cause.

    Clerk of Court is directed to serve a copy of this Order on pro se Plaintiff and show service on the docket.

                                         SO ORDERED.

Dated:   White Plains, NY
            September 24, 2025

                                         Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2025