USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN JIMENEZ,

                        Plaintiff,

-against-

MR. LASHLEY, et al,

                        Defendants.

No. 23 Civ. 00628 (NSR) (VR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      Pro se Plaintiff Steven Jimenez ("Plaintiff") commenced the instant action on or about January 20, 2023. (ECF No. 1.) On August 28, 2025, the Court ordered Plaintiff to show cause, in writing, by September 24, 2025 why this action should not be dismissed without prejudice for want of prosecution. (ECF No. 65.) The Court acknowledged that, earlier this year, Plaintiff was not receiving filings due to a clerical error concerning Plaintiff's mailing address. Notwithstanding the clerical error, Plaintiff has not attempted to communicate with the Court in over eleven months, including failing to comply with the Court's August 28, 2025 Order, which was mailed to Plaintiff's correct mailing address on August 29, 2025. Not only has Plaintiff's failure to prosecute this action impeded the Court's efforts to "avoid calendar congestion and ensure an orderly and expeditious disposition of cases," *Cortez v. Suffolk Cty. Corr. Facility*, No. 15-CV-1957 (JFB) (AKT), 2016 WL 6302088, at *2 (E.D.N.Y. Oct. 25, 2016), but "the adversary process has been halted because of an essentially unresponsive party," *Jackson v. Beech*, 636 F.2d 831, 835-36 (D.C. Cir. 1980) (internal citation omitted).

      Accordingly, it is hereby ORDERED that this action be dismissed without prejudice for

want of prosecution. The Clerk of Court is kindly directed to send a copy of this Order to Plaintiff at his address as it is listed in ECF and to terminate this action.

Dated: September 26, 2025
White Plains, New York

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE